**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00001-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      DAVID N. HAWKINS

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
AGAINST DEFENDANT, DAVID N. HAWKINS**
_____

**Blackburn, J.**

The matter is before me on **United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant David N. Hawkins** [#46][1] filed January 29, 2014, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having reviewed the motion, the relevant record, and the apposite law, enters the following findings of fact and conclusions of law.

On January 2, 2013, defendant, David N. Hawkins, was charged by Information in Count One with violation of 18 U.S.C. § 1343 (wire fraud), and in Count Two with violation of 18 U.S.C. § 1957 (monetary transactions in property derived from specified unlawful activity). The Indictment also sought forfeiture pursuant to 18 U.S.C. § 981

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

(a)(1)(C), and 28 U.S.C. § 2461 of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two. [#1].

On March 15, 2013, the United States and defendant, David N. Hawkins, entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment against defendant, David N. Hawkins, in the amount of $17,000.00 under 18 U.S.C. § 981 (a)(1)(C), 28 U.S.C. § 2461, and Rule 32.2(b) of the Federal Rules of Criminal Procedure. [#14].

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the **United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant David N. Hawkins** [#46] filed January 29, 2014, is **GRANTED**;

2. That $17,000.00 is **SUBJECT TO FORFEITURE** as proceeds obtained by defendant, David N. Hawkins, through commission of the offense in Count One to which he has pleaded guilty;

3. That a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant, David N. Hawkins, in the amount of $17,000.00 **SHALL BE ENTERED** in accordance with 18 U.S.C. § 981 (a)(1)(C), and 28 U.S.C. § 2461; provided, further that pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment **SHALL BECOME FINAL** as to the defendant at the time of sentencing and **SHALL BE MADE** part of the sentence and included in the judgment; and

4. That this Preliminary Order of Forfeiture **MAY BE AMENDED** pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1);

Dated January 29, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge