IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00001-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID N. HAWKINS,

Defendant.

## ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Government shall have up to and including December 22, 2014 to file any response to Defendant's Motion for Return of Property (Docket No. 59).

DONE THIS 12th DAY OF DECEMBER, 2014.

s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge